# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENWICH INSURANCE COMPANY, a foreign corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BISSELL HOMECARE, INC., a foreign corporation; and DOES 1 – 20, inclusive,<br><br>    Defendants. | CASE NO. 24-CV-06614-JSW<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(ii)**<br><br>*Assigned to the Honorable Jeffrey S. White* |

It is hereby stipulated by and between Plaintiff Greenwich Insurance Company and Defendant Bissell Homecare, Inc. that the above-entitled action shall be dismissed with prejudice in its entirety, each party to bar their own attorneys' fees and costs.

No trial date was set for this matter.

IT IS SO ORDERED.

Dated: January 10, 2025          By: _____
                                      Honorable Jeffrey S. White

1

**ORDER APPROVING JOINT STIPULATION OF DISMISSAL**